**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gregory Bernard LEE, Defendant–Appellant.**

**No. 15–13529**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 23, 2016.

R. Brian Tanner, Carlton R. Bourne, Jr., James D. Durham, Tania D. Groover, Brian T. Rafferty, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Billy Reid Zeh, III, B. Reid Zeh, III, PC, Brunswick, GA, Gregory Bernard Lee, USP Coleman I—Inmate Legal Mail, Coleman, FL, for Defendant–Appellant.

Before MARTIN, JULIE CARNES and ANDERSON, Circuit Judges.

PER CURIAM:

B. Reid Zeh III, appointed counsel for Gregory Lee in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Lee's convictions and sentences are **AFFIRMED.**